UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-45-AG<br>Criminal Case SACR 01-124-AG | Date | October 20, 2015 |
|---|---|---|---|

| Title | JAMES NEWSOME v UNITED STATES OF AMERICA |
|---|---|

Present: The Honorable   ANDREW J. GUILFORD, U.S. DISTRICT COURT JUDGE

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [In Chambers] ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST THE GOVERNMENT FOR FAILURE TO RESPOND

The Court on its own motion, hereby ORDERS the Government to show cause in writing no later than November 30, 2015  why this sanctions should not be imposed for failure to respond to the Court's order of August 12, 2015.Alternatively, it will be a sufficient response to this OSC to file on or before the OSC date in this paragraph one of the following:

- A response to Petitioner's Motion to Reopen Prior Proceedings Pursuant to Rule 60(b)(6)

    or

- An application to continue the briefing schedule showing good cause why it should be continued.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb |  |